**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cr-00271-RK |
| | ) | |
| BENYAMIN A. ISRAEL, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On August 4, 2026, Magistrate Judge W. Brian Gaddy issued a Report and Recommendation, (Doc. 56), recommending that the Court deny Defendant Benyamin A. Israel's motion to suppress, (Doc. 44). Defendant filed objections to the Report and Recommendation. (Doc. 61.)[1]

Pursuant to Federal Rule of Criminal Procedure 59(b)(3), a "district judge must consider de novo any objection to the magistrate judge's recommendation. The district judge may accept, reject, or modify the recommendation, receive further evidence, or resubmit the matter to the magistrate judge with instructions." After an independent, de novo review of the Defendant's objections and applicable law pursuant to 28 U.S.C. § 636(b)(1)(C), the Court accepts the findings and recommendations made by Magistrate Judge Gaddy in full. Accordingly, the Court **ORDERS** that: (1) the Report and Recommendation, (Doc. 56), is **ADOPTED**; (2) Defendant's objections, (Doc. 61), are **OVERRULED**; and (3) Defendant's motion to suppress, (Doc. 44), is **DENIED**.

**IT IS SO ORDERED**.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: November 2, 2026

[1] Defendant Israel also submitted pro se objections to the Report and Recommendation. (Doc. 63.) Defendant's pro se objections are **OVERRULED** because he is represented by counsel.